1776 – 2026

*United States of America*



*To Promote the Progress*



*of Science and Useful Arts*

*The Director*

*of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this United States*

**Patent**

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

1776-2026 ★★★

**UNITED STATES PATENT AND TRADEMARK OFFICE**

Celebrating 250 years of life, liberty, and the pursuit of innovation

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)

US0D1132884S

## (12) United States Design Patent
### Li

(10) Patent No.:     **US D1,132,884 S**
(45) Date of Patent:    ⁎⁎ **Jul. 7, 2026**

(54) **CHARGING CABLE**

(71) Applicant: **Seeov Electronic Ltd.**, Shenzhen (CN)

(72) Inventor: **Yingxi Li**, Shenzhen (CN)

(73) Assignee: **Seeov Electronic Ltd.**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/950,794**

(22) Filed: **Jul. 4, 2024**

(51) **LOC (15) Cl.** ............................................. **13-03**
(52) **U.S. Cl.**
USPC ........................ **D13/153**; D13/147; D14/433
(58) **Field of Classification Search**
USPC ...... D13/101, 103, 107, 110, 123, 133, 146,
D13/147, 153, 154, 155, 156, 157;
D14/432, 433, 480.1, 480.2, 480.3, 480.4,
D14/480.5, 480.6, 480.7
CPC .......... H01B 7/02; H01B 7/04; H01B 7/0823;
H01B 9/00; H01B 11/00; H01R 13/06;
H01R 13/32; H01R 13/46; H01R 13/72;
H01R 13/73; H01R 13/74; H01R 13/516;
H01R 13/562; H01R 13/665; H01R
13/5205; H01R 13/5216; H01R 13/5221;
H01R 24/00; H01R 24/28; H01R 24/54;
H01R 24/56; H01R 24/60; H01R 25/003;
H01R 31/00; H01R 31/06; H01R 31/065;
H02J 7/00; H02J 7/0042; H02J 7/0045;
H02J 7/0063; H02J 7/00032; H02J
7/00034
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D520,457 S | * | 5/2006 | Wada | D13/156 |
| D716,235 S | * | 10/2014 | Tien | D13/147 |
| D793,344 S | * | 8/2017 | Wang | D13/153 |
| D798,811 S | * | 10/2017 | Liao | D13/110 |
| D883,215 S | * | 5/2020 | Wang | D13/133 |
| D898,032 S | * | 10/2020 | Yuan | D13/153 |
| D926,189 S | * | 7/2021 | Zhang | D14/433 |
| D939,507 S | * | 12/2021 | Li | D14/433 |
| D992,506 S | * | 7/2023 | Reilly | D13/133 |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 307180697 | * | 3/2022 |
| CN | 308457701 | * | 2/2024 |

(Continued)

#### OTHER PUBLICATIONS

Tpenod USA A to USB C Cable, dated Mar. 3, 2024, [online], [site visited Oct. 9, 2025]. Available from Internet, URL: https://www.amazon.com/Display-Charging-Compatible-iPhone-Galaxy/dp/B0CWYL26Q3 (Year: 2024).*

(Continued)

*Primary Examiner* — Khawaja Anwar
*Assistant Examiner* — Jorge Serrano Rodriguez

(57)     **CLAIM**

The ornamental design for the charging cable as shown and described.

### DESCRIPTION

FIG. **1** is a front, right, and top perspective view of the charging cable, showing my new design;
FIG. **2** is a rear, left, and bottom perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side elevation view thereof;
FIG. **6** is a right side elevation view thereof;
FIG. **7** is a top plan view thereof; and,
FIG. **8** is a bottom plan view thereof.
The broken lines depict portions of the charging cable that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



## US D1,132,884 S

Page 2

---

(56)                    **References Cited**

### U.S. PATENT DOCUMENTS

D1,011,351 S  *   1/2024  Wang ............................ D14/433
D1,016,022 S  *   2/2024  Liu  .............................. D13/147
2022/0069531 A1*   3/2022  Deng  ..................... H01R 31/06
2022/0407270 A1*  12/2022  Chen  ................. H01R 12/7076

### FOREIGN PATENT DOCUMENTS

CN          308471845      *   2/2024
CN          309049089      *   1/2025
CN          309197352      *   3/2025
EM     015076195-0001    * 10/2024

### OTHER PUBLICATIONS

Oozcc 120W Usb Type C Charge Cable with LCD Display, date unavailable, [online], [site visited Oct. 9, 2025]. Available from Internet, URL: https://oozcc.com/product/120w-usb-type-c-charge-cable-with-LCD-display/ (Year: 2024).*
Wayback machine search on: Oozcc 120W Usb Type C Charge Cable with LCD Display, dated Apr. 18, 2024, [online], [site visited Oct. 9, 2025]. Available from Internet, URL: https://web.archive.org/web/20250719083600/https://oozcc.com/product/120w-usb-type-c-charge-cable-with-LCD-display/ (Year: 2024).*
Little Tokyo SA, Facebook video post: USB Fast-Charging Cable, dated Jun. 18, 2024, [online], [site visited Oct. 9, 2025]. Available from Internet, URL: https://www.facebook.com/LittleTokyoSA/videos/385226341227990/ (Year: 2024).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8